Matter of Burzynski (2025 NY Slip Op 06121)





Matter of Burzynski


2025 NY Slip Op 06121


Decided on November 6, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:November 6, 2025

PM-253-25
[*1]In the Matter of John Casimir Burzynski, an Attorney. (Attorney Registration No. 5161153.)

Calendar Date:November 3, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

John Casimir Burzynski, Olympia, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
John Casimir Burzynski was admitted to practice by this Court in 2013 and lists a business address in Olympia, Washington with the Office of Court Administration. Burzynski now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Burzynski's application.
Upon reading Burzynski's affidavit sworn to September 25, 2025 and filed September 29, 2025, and upon reading the October 27, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Burzynski is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that John Casimir Burzynski's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that John Casimir Burzynski's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that John Casimir Burzynski is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Burzynski is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that John Casimir Burzynski shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.









